PHILLIP A. TALBERT
United States Attorney
ROBERT J. ARTUZ
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>           v.<br><br>LINCOLN OKADA,<br><br>                    Defendant. | CASE NO. 2:17-PO-00225-AC<br><br>[~~PROPOSED~~] ORDER GRANTING UNITED STATES' MOTION TO CONTINUE TRIAL DATE<br><br>DATE: June 12, 2017<br>TIME: 9:00 a.m.<br>COURT: Hon. Allison Claire |

ORDER

The United States' unopposed motion to continue is GRANTED and the the trial date in this matter is hereby continued from June 12, 2017 to August 7, 2017 at 9 a.m.

IT IS SO ORDERED this 2nd day of June, 2017.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE